1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD EMMETT WARD,

11          Petitioner,                    No. CIV S-05-0817 GEB CMK P

12      vs.

13   D.L. RUNNELS,

14          Respondent.              ORDER

15   _____/

16          On September 15, 2005, petitioner submitted a "traverse to answer to petition for

17   writ of habeas corpus."  That document was not served on respondent.  Petitioner is advised that

18   every document submitted to the court for consideration must be served on respondent.  Fed. R.

19   Civ. P. 5; Rule 11, Fed. R. Governing § 2254 Cases.  Documents not to be served electronically

20   are usually served by placing a copy in the U.S. Mail.  If an attorney has filed a document with

21   the court on behalf of respondent, then documents submitted by petitioner must be served on that

22   attorney and not on the respondent himself.  Every document submitted conventionally to the

23   court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate

24   copy of the document was mailed to respondent or his attorney and the address to which it was

25   mailed.  See Local Rule 5-135(b) and (c).

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's September 15, 2005

2  "traverse to answer to petition for writ of habeas corpus" will be placed in the court file and

3  disregarded.  Petitioner is cautioned that failure to properly serve any documents subsequently

4  filed in this action, and failure to include a proper certificate of service with such filing, will

5  result in a recommendation that this action be dismissed.

6  DATED:   September 21, 2005.

7

8                                                                   _____
                                    **CRAIG M. KELLISON**
9                                   UNITED STATES MAGISTRATE JUDGE

10

11  /kf
   ward0817.135

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                            2