IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EMMETT WARD, | 2:05-cv-0817-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| D.L. RUNNELS, | |
| Respondent. | |
| _____/ | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On May 31, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  Timely objections to the findings and recommendations have been filed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 31, 2007, are adopted in full;
2. Petitioner's petition for a writ of habeas corpus is denied; and
3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: July 24, 2007

```
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```