1
2
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**
9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11  RICHARD EMMETT WARD,                    2:05-cv-0817-GEB-CMK-P

12              Petitioner,

13      vs.                                 ORDER

14  D.L. RUNNELS,

15              Respondent.

16  _____/

17          Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18  habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for

19  a certificate of appealability (Doc. 18), filed on August 6, 2007.

20          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

21  this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this

22  decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P.

23  22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has

24  made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The

25  court must either issue a certificate of appealability indicating which issues satisfy the required

26  showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.

1

22(b).  For the reasons set forth in the magistrate judge's May 31, 2007, findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right.

Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate of appealability is denied.

Dated:  August 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2